**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,       ) | CR-13-1737-PHX-NVW |
|                         Plaintiff, ) |  |
| vs.                             ) | **ORDER** |
|                                 ) |  |
| Perla Yazmin Sanchez,           ) |  |
|                         Defendant. ) |  |

On September 3, 2014, defendant Perla Yazmin Sanchez appeared before this Court on the Petition for Action on Conditions of Pretrial Release (Doc. 44).

**THE COURT FINDS** that the defendant knowingly, intelligently, and voluntarily waived her right to a revocation hearing pursuant to Title 18, U.S.C. § 3148, and entered an admission to violating the terms and conditions of her pretrial release as set forth in Allegation 2 of the Petition.

**THE COURT FINDS** by clear and convincing evidence that the defendant violated the terms and conditions of her pretrial release.

**THE COURT FURTHER FINDS** that it is unlikely the defendant would abide by any conditions of release if she were to be released.

///

///

///

1     **IT IS ORDERED** that the defendant shall be detained pending further order of the Court.

DATED this 4th day of September, 2014.

_____
JOHN A. BUTTRICK
United States Magistrate Judge